IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL LEE WOODARD, | ) | No. C 10-02733 JW (PR) |
| Petitioner, | ) ) | ORDER TO SHOW CAUSE |
| vs. | ) ) | |
| R. E. BARNES, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a California prisoner incarcerated at the Correctional Center in Susanville, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. Petitioner has paid the filing fee.

**BACKGROUND**

According to the petition, petitioner entered a plea of nolo contendere in Sonoma County Superior Court to possession for sale of methamphetamine and admitted two prior strikes. (Pet. at 2.) Petitioner was sentenced to 6 years in state prison on May 29, 2008. (Id.)

Petitioner appealed the conviction; the state appellate court affirmed the conviction and the state high court denied review. (Id. at 3.) Petitioner also filed

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.10\Woodard02733_osc.wpd

state habeas which were denied. (Id. at 5.) Petitioner filed the instant federal habeas petition on June 22, 2010.

**DISCUSSION**

A. Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B. Legal Claims

Petitioner raises the following grounds for federal habeas relief: 1) the stop of the vehicle was not based on a reasonable and factual basis of any criminal activity; 2) petitioner challenges the lawfulness of "officer pat-search" and claims that he was unlawfully detained; and 3) the officer exceeded the scope of a lawful pat-search and therefore "all evidence seized was illegal search of seizure." (Pet. at 6.) Liberally construed, petitioner's claims appear cognizable under § 2254 and merit an answer from respondent.

**CONCLUSION**

For the foregoing reasons and for good cause shown,

1. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

2. Respondent shall file with the court and serve on petitioner, within

**sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

3.   Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

4.   Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

DATED: January 24, 2011

JAMES WARE
United States District Chief Judge

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.10\Woodard02733_osc.wpd             3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL LEE WOODARD,

        Petitioner,

v.

R. E. BARNES, Warden,

        Respondent.

Case Number: CV10-02733 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   1/31/2011  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Lee Woodard G 18804
California Correctional Center
P. O. Box 2400
Susanville, CA 96127

Dated:   1/31/2011

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk